UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ohio Transmission LLC,

    Plaintiff,

v.

Emilie Hill,

    Defendant.

Case No. 2:23-cv-2891

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

The parties' joint motion for approval of their Agreed Preliminary Injunction, ECF No. 35, is **GRANTED**. Moreover, Plaintiff sufficiently represented that Exhibit A to the Agreed Preliminary Injunction contains Plaintiff's non-public, confidential, and propriety trade secret information in the form of a customer list. The Court concludes that Exhibit A contains confidential information that should be shielded from public access and **GRANTS** Plaintiff's motion to seal the same.

The Clerk is **DIRECTED** to docket the signed Agreed Preliminary Injunction, and Plaintiff is **ORDERED** to file a sealed Exhibit A to that document within **SEVEN DAYS** of the docketing of the signed Agreed Preliminary Injunction.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT